# EXHIBIT A

Network Solutions >> Whois >> Results
Log In

ns WebAddress™

- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

**WHOIS Results for fortyforty.net**

Available domain names similar to fortyforty.net
Available Extensions

☐ **fortyforty**.tel
☐ **fortyforty**.org
☐ **fortyforty**.us
☐ **fortyforty**.eu
Available Domains

☐ fortyphorty.com
☐ fab**fortyforty**.com
☐ **fortyforty**films.com
☐ first**fortyforty**.com
Premium Resale Domains

☐ fortygames.com          **$895**
☐ fortyfour.net           **$1,700**
☐ pregnancyafterforty.com **$499**
☐ fortyblog.com           **$1,795**
☐ **fortyforty**.mobi
☐ **fortyforty**.biz
☐ **fortyforty**.tv
☐ **fortyforty**.bz
☐ **fortyforty**.pro
☐ **fortyforty**.de
☐ percent**fortyforty**.com
☐ **fortyforty**percent.com
☐ **fortyforty**dollar.com
☐ **fortyforty**ounce.com
☐ **fortyforty**inc.com

☐ **fortyfortyfarm.com**
☐ fortysomething.net      **$2,688**
☐ fortypeople.com         **$1,495**
☐ fortykes.com            **$2,588**

<u>View more</u>

**Add Selected to Cart**

fortyforty.net

Is this your domain name? <u>Renew it now.</u>

IMAGE NOT
AVAILABLE

⊕ BOOKMARK

| | |
|---|---|
| **Current Registrar:** | GODADDY.COM, INC. |
| **IP Address:** | <u>74.208.18.209</u> (ARIN & RIPE IP search) |
| **Lock Status:** | clientDeleteProhibited |

```
The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden wit
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In pa
you agree not to use this data to allow, enable, or otherwise make po
dissemination or collection of this data, in part or in its entirety,
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic elec
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purpos

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
    Imagenes Dominicanas
    Don Ramon 27
    La Cienaga K14 Autop. Duarte
    Santo Domingo, Republica Dominicana 10602
    Dominican Republic

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: FORTYFORTY.NET
```

Case 1:10-cv-03212-RMB   Document 9-1   Filed 08/17/10   Page 4 of 6

```
Created on: 25-Jul-09
Expires on: 25-Jul-11
Last Updated on: 31-Jul-10

Administrative Contact:
    Brito, Reynaldo  brito.reynaldo@gmail.com
    Imagenes Dominicanas
    Don Ramon 27
    La Cienaga K14 Autop. Duarte
    Santo Domingo, Republica Dominicana 10602
    Dominican Republic
    (809) 372-0394      Fax --

Technical Contact:
    Brito, Reynaldo  brito.reynaldo@gmail.com
    Imagenes Dominicanas
    Don Ramon 27
    La Cienaga K14 Autop. Duarte
    Santo Domingo, Republica Dominicana 10602
    Dominican Republic
    (809) 372-0394      Fax --

Domain servers in listed order:
    NS57.1AND1.COM
    NS58.1AND1.COM
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

## Keep your contact information *hidden* with Private Registration



Protect your privacy



Make an instant, anonymous offer to the current domain registrant. Learn More



Search Again

Case 1:10-cv-03212-RMB   Document 9-1   Filed 08/17/10   Page 5 of 6

Search again here...

Search by either

○ **Domain Name** e.g. networksolutions.com
○ **IP Address** e.g. 205.178.187.13

[ Search ]



WHOIS Searches

- Popular
- Recent

**Domain Name** - Total Searches          🔊 RSS

amazon.com - 9465

craigslist.com - 7556

kingsridge.com - 5849

cisco.com - 4811

tcs.com - 4473

ibm.com - 3896

mchsi.com - 3754

disney.com - 3162

nytimes.com - 2788

sbcglobal.net - 32362

« PrevNext »