# EXHIBIT B



Your IP address is: 67.109.84.5

## IP CHECKING
### IP CHECKS & GEOLOCATION

IP Checking    IP Widgets    IP Forums    Contact Us

Ads by Google    IP Tracker    IP Lookup Location    Domain Name Lookup    DNS Check

**Ads by Google**
- Whois IP Check
- Find IP Geolocation
- Reverse Lookup
- IP Address

IP Address or Host Name: `74.208.18.209`   [Lookup]

What is an IP address?

 

Bookmark & share this site  BOOKMARK

### General information on 74.208.18.209:
```
IPv4 address:   74.208.18.209
IPv6 address:   ::ffff:4ad0:12d1
Host name:      perfora.net
Reverse DNS:    perfora.net
Country:        United States
City:           Chesterbrook, PA
```

### RBL (Real-Time Blocking List) lookup on 74.208.18.209:
```
SPAMCOP:    Not Found
SBL:        Not Found
XBL:        Not Found
CBL:        Not Found
NJABL:      Not Found
SORBS:      Not Found
SURBL:      Not Found
```

### Whois information on 74.208.18.209:
```
NetRange:       74.208.0.0 - 74.208.255.255
CIDR:           74.208.0.0/16
OriginAS:
NetName:        1AN1-NETWORK
NetHandle:      NET-74-208-0-0-1
Parent:         NET-74-0-0-0-0
NetType:        Direct Allocation
NameServer:     NSA2.1AND1.COM
NameServer:     NSA.1AND1.COM
RegDate:        2006-11-22
Updated:        2009-08-12
Ref:            http://whois.arin.net/rest/net/NET-74-208-0-0-1

OrgName:        1&1 Internet Inc.
OrgId:          11INT
Address:        701 Lee Rd
Address:        Suite 300
City:           Chesterbrook
StateProv:      PA
PostalCode:     19087
Country:        US
RegDate:        2006-09-05
Updated:        2009-04-17
Ref:            http://whois.arin.net/rest/org/11INT

OrgTechHandle:  1NO-ARIN
OrgTechName:    1and1 ARIN Role
OrgTechPhone:   +1-610-560-1617
OrgTechEmail:   arin-role@oneandone.net
OrgTechRef:     http://whois.arin.net/rest/poc/1NO-ARIN

RNOCHandle:     1NO-ARIN
RNOCName:       1and1 ARIN Role
RNOCPhone:      +1-610-560-1617
RNOCEmail:      arin-role@oneandone.net
RNOCRef:        http://whois.arin.net/rest/poc/1NO-ARIN

RAbuseHandle:   1AD-ARIN
RAbuseName:     1and1 Abuse Department
RAbusePhone:    +1-877-206-4253
RAbuseEmail:    abuse@1and1.com
RAbuseRef:      http://whois.arin.net/rest/poc/1AD-ARIN

RTechHandle:    1NO-ARIN
RTechName:      1and1 ARIN Role
RTechPhone:     +1-610-560-1617
RTechEmail:     arin-role@oneandone.net
RTechRef:       http://whois.arin.net/rest/poc/1NO-ARIN
```



Map data ©2010 Google



facebook
**IPCHECKING.COM**
Like
163 people like IPCHECKING.COM



**IP Address Talk Discussions**

**Question & Need Help**
I run a blog and I have a site meter. When I click on location, it tells me the last geographical location ...

**Top 5 Favorite games**
Mine are:1) Original Blast 2) Pinch hitter 3) Hapland 4) Pinch Hitter25) Top spinner cricket game ...

**How are Mechanical Pencils Made?**
Mechanical pencils are made through an automated process in assembly factories. Most pencils are made ..



© 2010 IPchecking.com.  Share  31  Linked · Join IP Address Tracking and Geolocation on Linkedin!