**EXHIBIT C**



More 1&1 product

### Web Hosting
- MyBusiness Site
- Domains
- Linux Hosting
- Microsoft Hosting

### E-Mail Solutions
- Instant Mail
- Microsoft® Exchange
- MailXchange

### Server Solutions
- Dedicated Servers
- Dynamic Cloud Server
- Virtual Servers

### More Products
- ListLocal
- Microsoft® SharePoint®

### eCommerce
- eShops

## E-MAIL SOLUTIONS
**Professional tools for your business**

- Manage your e-mails, tasks, contacts and calendar in one central location
- Choose from Instant Mail, Microsoft® Exchange or MailXchange
- Access on-the-go


$0*
FREE for 3 months
for selected packages*

> more

## SERVERS AND VIRTUAL SERVERS
**Powerful, reliable hardware**

- Dual, Quad & Hexa-Core systems
- Plesk 9 included for FREE with all servers
- Full selection of virtual, dedicated, and dynamic cloud servers


$0*
FREE for 3 months
for selected packages*

> more

## ECOMMERCE
**Save money, sell more!**

- User-friendly, no coding required
- Advanced eBay® features
- FREE marketing tools!


$0*
FREE for 1 year
for selected packages*

> more

## LISTLOCAL
**Reach customers in your local area**

- Attract regional customers even if you don't have a website.
- Get listed in all major online search directories
- Easy way to manage your business contact information


$9.99

> more

## MORE 1&1 PRODUCTS

**Microsoft® SharePoint®**
Your ideal small business intranet solution

More

**Microsoft® Hosting**
All 1&1 web hosting plans are available on a Windows® platform

More

### Green Web Hosting

With Renewable Energy Certificates, 1&1 will help save 30,000 tons of CO2 emissions per year!

More...

### 1&1 Affiliate Program

1&1 Affiliate Program: New tools to help you earn commissions.

Get started today...



### 1&1 listed as #1 Web Host

In a recent article from Website Magazine, 1&1 was ranked as the top web hosting provider.

More...

### The 1&1 Insider

Sign up for our FREE e-mail newsletter and be the first to know about special offers and news from 1&1!

Email
Name

> Sign up



McAfee SECURE™
TESTED DAILY 11-AUG

* Offers valid for a limited time only. "12 Months Free" offers valid with a 24 month minimum contract term only. "3 Months Free" and "3 Months 50%" offer valid with a 12 month minimum contract term only. Setup fee and other terms and conditions may apply.
Click here for full promotional offer details.

1and1.com - The portal for Internet products: Web Hosting, Domains, Ecommerce, Mail, Server and much more.

MEMBER OF
united internet

Find us on: twitter   Find us on Facebook

ABOUT 1&1 | FAQ | PRESS ROOM | AFFILIATE | T&C | PRIVACY POLICY | TELL A FRIEND |