**EXHIBIT D**

# THE UNITED STATES OF AMERICA

1786150

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 26, 2010

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,157,149 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 10 YEARS FROM October 17, 2006

SAID RECORDS SHOW TITLE TO BE IN:
 THE NAME LLC
 A LIMITED LIABILITY COMPANY OF DELAWARE

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

Int. Cls.: **25, 34 and 43**

Prior U.S. Cls.: **2, 8, 9, 17, 22, 39, 100 and 101**

**United States Patent and Trademark Office**

Reg. No. **3,157,149**
Registered Oct. 17, 2006

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



TWENTY ONES INCORPORATED (NEW YORK CORPORATION)
6 WEST 25TH STREET
NEW YORK, NY 10010

FOR: JACKETS, SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2003; IN COMMERCE 6-18-2003.

FOR: CIGARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 6-1-2003; IN COMMERCE 6-18-2003.

FOR: RESTAURANT AND BAR SERVICES; CATERING, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2003; IN COMMERCE 6-18-2003.

OWNER OF U.S. REG. NO. 2,940,829.

SER. NO. 78-661,589, FILED 6-30-2005.

ROBIN CHOSID, EXAMINING ATTORNEY

Trademark Electronic Search System (TESS)



Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 14 04:02:08 EDT 2010



Please logout when you are done to release system resources allocated for you.

List At: [   ] OR [Jump] to record: [   ] **Record 1 out of 2**

 ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | 40/40 |
| **Goods and Services** | IC 025. US 022 039. G & S: jackets, shirts, hats. FIRST USE: 20030601. FIRST USE IN COMMERCE: 20030618

IC 034. US 002 008 009 017. G & S: cigars. FIRST USE: 20030601. FIRST USE IN COMMERCE: 20030618

IC 043. US 100 101. G & S: restaurant and bar services; catering. FIRST USE: 20030601. FIRST USE IN COMMERCE: 20030618 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.07.21 - Diamonds that are completely or partially shaded
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |
| **Serial Number** | 78661589 |
| **Filing Date** | June 30, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 1, 2006 |
| **Registration Number** | 3157149 |
| **Registration Date** | October 17, 2006 |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| Owner | (REGISTRANT) Twenty Ones Incorporated CORPORATION NEW YORK 6 West 25th Street New York NEW YORK 10010 |
| | (LAST LISTED OWNER) THE NAME LLC LTD LIAB CO DELAWARE 3265 LAS VEGAS BOULEVARD SOUTH LAS VEGAS NEVADA 89109 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Tamar Niv Bessinger |
| Prior Registrations | 2940829 |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |



| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



1786150

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 26, 2010

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,940,829 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *April 12, 2005*

SAID RECORDS SHOW TITLE TO BE IN:
  *THE NAME LLC*
  *A LIMITED LIABILITY COMPANY OF DELAWARE*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer



Int. Cls.: 25, 34, and 43

Prior U.S. Cls.: 2, 8, 9, 17, 22, 39, 100, and 101

Reg. No. 2,940,829

United States Patent and Trademark Office

Registered Apr. 12, 2005

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

### 4040 CLUB

TWENTY ONES INCORPORATED (NEW YORK CORPORATION)
127 W. 26TH STREET, SUITE 801
NEW YORK, NY 10001

FOR: SHIRTS, HATS, JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-2003; IN COMMERCE 6-18-2003.

FOR: CIGARS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FIRST USE 6-1-2003; IN COMMERCE 6-18-2003.

FOR: RESTAURANT AND BAR SERVICES; CATERING, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2003; IN COMMERCE 6-18-2003.

SN 78-263,440, FILED 6-17-2003.

JANICE L. MCMORROW, EXAMINING ATTORNEY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Apr 14 04:02:08 EDT 2010

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ] **Record 2 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | **4040 CLUB** |
| Goods and Services | IC 025. US 022 039. G & S: shirts, hats, jackets. FIRST USE: 20030601. FIRST USE IN COMMERCE: 20030618 |
| | IC 034. US 002 008 009 017. G & S: cigars. FIRST USE: 20030601. FIRST USE IN COMMERCE: 20030618 |
| | IC 043. US 100 101. G & S: restaurant and bar services; catering. FIRST USE: 20030601. FIRST USE IN COMMERCE: 20030618 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78263440 |
| Filing Date | June 17, 2003 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | August 10, 2004 |
| Registration Number | 2940829 |
| Registration Date | April 12, 2005 |
| Owner | (REGISTRANT) Twenty Ones Incorporated CORPORATION NEW YORK 127 W. 26th Street, Suite 801 New York NEW YORK 10001 |
| | (LAST LISTED OWNER) THE NAME LLC LTD LIAB CO DELAWARE 3265 LAS VEGAS BOULEVARD SOUTH LAS VEGAS NEVADA 89109 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Tamar Niv Bessinger |