# EXHIBIT H



*Forty Forty El Mejor Ambiente del Caribe!*

**Forty Forty...El Comienzo!**

Abre sus puertas el 25 de octubre, ubicada en la avenida Isabel Aguiar No. 257, de Herrera.

40-40 es una mezcla de ambientes para el disfrute y confort de sus cliente, donde pueden disfrutar de la tranquilidad de la terraza o de la alegría de la discoteca, con facilidades disponibles para que la fiesta no pare nunca.

Es un espacio diferente que mezcla el buen gusto con la más alta tecnología disponible actualmente en el Caribe.

Dentro de las facilidades que ofrecemos al público en general, tenemos una amplia terraza donde el ambiente se torna más tranquilo y acogedor, un espacioso interior bailable, nuestra discoteca, donde podrán disfrutar del más variado repertorio musical disponible en la actualidad, dos bares con la más fina selección de bebidas nacionales e internaciones, así como de exclusivas áreas VIP, para cuando nuestro consumidor requiera de un ambiente más privado.

Ven y vive la experiencia, descubre el mejor ambiente del Caribe.

Av. Isabel Aguiar #257, Herrera, Santo Domingo, R. D. Tel.: 809-530-3010 email: login@fortyforty.net