**EXHIBIT K**



