```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NAME LLC,

                      Plaintiff,

         - against -

DAVID AMERICO ORTIZ ARIAS, et al.,

                    Defendants.
------------------------------------------------------------X

10 Civ. 3212 (RMB)

**ADMINISTRATIVE ORDER**

Counsel are directed to appear before the Court on February 2, 2011 for a settlement conference with principals who have full authority to settle the entire case.

Dated: New York, New York
       January 26, 2011

*RMB*

RICHARD M. BERMAN, U.S.D.J.