UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NAME LLC, a Delaware Limited Liability Company,

          Plaintiff,

-against-

DAVID AMERICO ORTIZ ARIAS a/k/a DAVID ORTIZ, an individual; ALBANIA ROSA ARIAS ORTIZ, an individual; ENRIQUE ORTIZ, an individual; A. ORTIZ C. POR A., a Dominican Republic corporation; IMAGENES DOMINICANAS, a Dominican Republic corporation; and 1 AND 1 INTERNET, INC., a Delaware corporation,

          Defendants.

---

Case No. 10-CV-3212 (RMB/DF)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties to the above-entitled action, that the claims of plaintiff as against defendant 1&1 Internet Inc. be and the same are hereby dismissed with prejudice and without costs; and it is further

STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties to the above-entitled action, that any and all cross claims of defendant 1&1

///

Internet, Inc. against all other Defendants be and the same are hereby dismissed with prejudice and without costs.

Dated:   New York, New York
         February 18, 2011

| **REED SMITH LLP** | **MINTZ & GOLD** |
|---|---|
| By: /s/ | By:_____ |
| Peter D. Raymond | Ryan William Lawler |
| Wallace Neel | Scott A. Klein |
| 599 Lexington Avenue | 470 Park Avenue South |
| New York, New York 10022 | New York, NY 10016 |
| (212) 521-5400 | (212) 696-4848 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *The Name LLC* | *1&1 Internet, Inc.* |

**HINSHAW & CULBERTSON LLP**

By:_____
Philip Touitou
780 Third Avenue
4th Floor
New York, NY 10017

*Attorneys for All Other Defendants*
*Who Have Appeared In this Action*

SO ORDERED:

_____
THE HON. RICHARD M. BERMAN, U.S.D.J.

Internet, Inc. against all other Defendants be and the same are hereby dismissed with prejudice and without costs.

Dated: New York, New York
February 18, 2011

| **REED SMITH LLP** | **MINTZ & GOLD** |
|---|---|
| By:_____ | By:_____ |
| Peter D. Raymond | Ryan William Lawler |
| Wallace Neel | Scott A. Klein |
| 599 Lexington Avenue | 470 Park Avenue South |
| New York, New York 10022 | New York, NY 10016 |
| (212) 521-5400 | (212) 696-4848 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *The Name LLC* | *1&1 Internet, Inc.* |

**HINSHAW & CULBERTSON LLP**

By:_____
Philip Touitou
780 Third Avenue
4th Floor
New York, NY 10017

*Attorneys for All Other Defendants
Who Have Appeared In this Action*

SO ORDERED:

_____
THE HON. RICHARD M. BERMAN, U.S.D.J.

Internet, Inc. against all other Defendants be and the same are hereby dismissed with prejudice and without costs.

Dated:   New York, New York
         February 18, 2011

| **REED SMITH LLP** | **MINTZ & GOLD** |
|---|---|
| By:_____ | By:_____ |
| Peter D. Raymond | Ryan William Lawler |
| Wallace Neel | Scott A. Klein |
| 599 Lexington Avenue | 470 Park Avenue South |
| New York, New York 10022 | New York, NY 10016 |
| (212) 521-5400 | (212) 696-4848 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *The Name LLC* | *1&1 Internet, Inc.* |

**HINSHAW & CULBERTSON LLP**

By: [signature] 3/9/11
Philip Touitou
780 Third Avenue
4th Floor
New York, NY 10017

David Ortiz  PT
*Attorneys for ~~All Other Defendants~~*
*~~Who Have Appeared In this Action~~*

SO ORDERED:

_____
THE HON. RICHARD M. BERMAN, U.S.D.J.