UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THE NAME LLC, a Delaware Limited Liability
Company,

            Plaintiff,

    -against-

DAVID AMERICO ORTIZ ARIAS a/k/a DAVID
ORTIZ, an individual; ALBANIA ROSA ARIAS
ORTIZ, an individual; ENRIQUE ORTIZ, an
individual; A. ORTIZ C. POR A., a Dominican
Republic corporation; IMAGENES DOMINICANAS,
a Dominican Republic corporation; and 1 AND 1
INTERNET, INC., a Delaware corporation,

            Defendants.
---------------------------------------------------------------- x

Case No. 10-CV-3212 (RMB/DF)

STIPULATION OF
**DISMISSAL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/11
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties to the above-entitled action, that the claims of plaintiff as against defendant 1&1 Internet Inc. be and the same are hereby dismissed with prejudice and without costs; and it is further

STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties to the above-entitled action, that any and all cross claims of defendant 1&1

///

Internet, Inc. against all other Defendants be and the same are hereby dismissed with prejudice and without costs.

*The settlement conference on March 24, 2011 is vacated. The Clerk of Court is respectfully requested to close this case.*

Dated: New York, New York
February 18, 2011

**REED SMITH LLP**

By: /s/ Peter D. Raymond
Peter D. Raymond
Wallace Neel
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*The Name LLC*

**MINTZ & GOLD**

By:_____
Ryan William Lawler
Scott A. Klein
470 Park Avenue South
New York, NY 10016
(212) 696-4848

*Attorneys for Defendant*
*1&1 Internet, Inc.*

**HINSHAW & CULBERTSON LLP**

By:_____
Philip Touitou
780 Third Avenue
4th Floor
New York, NY 10017

*Attorneys for All Other Defendants*
*Who Have Appeared In this Action*

SO ORDERED:

_____
THE HON. RICHARD M. BERMAN, U.S.D.J.

Internet, Inc. against all other Defendants be and the same are hereby dismissed with prejudice and without costs.

Dated:  New York, New York
        February 18, 2011

| **REED SMITH LLP** | **MINTZ & GOLD** |
|---|---|
| By:_____ | By:_____ |
| Peter D. Raymond | Ryan William Lawler |
| Wallace Neel | Scott A. Klein |
| 599 Lexington Avenue | 470 Park Avenue South |
| New York, New York 10022 | New York, NY 10016 |
| (212) 521-5400 | (212) 696-4848 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *The Name LLC* | *I&1 Internet, Inc.* |

**HINSHAW & CULBERTSON LLP**

By:_____
Philip Touitou
780 Third Avenue
4th Floor
New York, NY 10017

*Attorneys for All Other Defendants*
*Who Have Appeared In this Action*

SO ORDERED:

_____
THE HON. RICHARD M. BERMAN, U.S.D.J.

Internet, Inc. against all other Defendants be and the same are hereby dismissed with prejudice and without costs.

Dated:  New York, New York
        February 18, 2011

**REED SMITH LLP**

By:_____
Peter D. Raymond
Wallace Neel
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff*
*The Name LLC*

**MINTZ & GOLD**

By:_____
Ryan William Lawler
Scott A. Klein
470 Park Avenue South
New York, NY 10016
(212) 696-4848

*Attorneys for Defendant*
*1&1 Internet, Inc.*

**HINSHAW & CULBERTSON LLP**

By:_____   3/9/11
Philip Touitou
780 Third Avenue
4th Floor
New York, NY 10017
              David Ortiz   PT
*Attorneys for ~~All Other Defendants~~*
*~~Who Have Appeared In this Action~~*


SO ORDERED
RMB
_____
THE HON. RICHARD M. BERMAN, U.S.D.J.
3/14/11

-2-