# ReedSmith



RECEIVED MAR 14 2011 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**MEMO ENDORSED**

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

Peter D. Raymond
Direct Phone: +1 212 549 0364
Email: praymond@reedsmith.com

March 14, 2011

By Fax (212) 805-6717

The Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

The Name LLC v. David Americo Ortiz Arias a/k/a David Ortiz, et al.
No. 10-CV-~~3215~~ (RMD/DF)
       3212

Dear Judge Berman:

> Prior to any restriction, counsel for both sides to advise the Court of the names of each person who will attend the 3/29 settlement conference + who they represent. Submissions due by noon on 3/15/11.
>
> SO ORDERED:
> Date: 3/14/11
> Richard M. Berman, U.S.D.J.

We are counsel for plaintiff The Name LLC. We just received the Court's handwritten March 14 Order noted on the Stipulation of Dismissal (copy annexed). We believe the Court misunderstood the purpose of the Stipulation which was only to dismiss the claims against defendant 1&1 Internet, Inc., which was the webhost for the website at issue. There was no intention to dismiss the claims asserted against Mr. Ortiz and the other defendants, and these should remain intact.

Accordingly, we respectfully request that the Court vacate its Order which cancelled the March 29 settlement conference and requested that the Clerk of the Court close this case. Thank you.

Respectfully submitted,

Peter D. Raymond

PDR:dc

Encl.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/11

cc: Philip Touitou, Esq., Counsel for David Ortiz (by email)
    Michael LiPuma, Esq., Counsel for 1&1 Internet, Inc. (by email)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-105756556.1