# HINSHAW
## & CULBERTSON LLP



CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**MEMO ENDORSED**

**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

Philip Touitou
(212) 471-8211
ptouitou@hinshawlaw.com

<u>VIA FACSIMILE</u> (212) 805-6717
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   The Name LLC v. Ortiz
      10 CV 3212 (RMD) (DF)

Dear Judge Berman:



March 16, 2011  Counsel are requested to (i) submit brief (3-5 pp double spaced) ex parte + confidential settlement statements including any monetary amounts by Wednesday 3/23 @ noon; + (ii) engage in good faith settlement negotiations prior to the 3/29 conference.

SO ORDERED:
Date: 3/16/11
Richard M. Berman, U.S.D.J.

We are counsel to David Ortiz in the above-referenced matter. We just became aware of the Court's handwritten March 14, 2011 Order noted on counsel for plaintiff The Name LLC's March 14, 2011 correspondence to Your Honor (copy annexed).

We are writing to respectfully advise the Court that defendant David Ortiz, on his own behalf, and Mark Walker will attend the settlement conference on March 29, 2011. Additionally, counsel previously appearing at the last conference will be attending.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/11
```

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _Philip Touitou_ p.a.
       Philip Touitou

PT:ajr
Encl.

cc:   <u>By E-Mail</u>
      Peter D. Raymond, Esq., Counsel for The Name LLC