# HINSHAW
& CULBERTSON LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/11

Philip Touitou
(212) 471-6211
ptouitou@hinshawlaw.com

March 28, 2011

**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017-2024

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

<u>By Facsimile</u> (212) 805-6717
Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   The Name LLC v. David Americo Ortiz Arias, et al.
      10 CV 3212 (RMB)(DF)

Dear Judge Berman:

We write on behalf of the parties to jointly advise the Court that both sides have reached an agreement in principle that resolves and settles their disputes. Accordingly, it is respectfully requested that the settlement conference scheduled for tomorrow, March 29, 2011 at 9:30 a.m., be cancelled. It is anticipated that a fully executed Stipulation of Dismissal with prejudice will be submitted to the Court within 30 days for "so ordering."

We thank the Court for its timely assistance.

*[Handwritten endorsement:]* 3/29/11 conference is vacated. Sounds like a sensible outcome.

Sincerely yours,

HINSHAW & CULBERTSON LLP

By: _____
    Philip Touitou

PT:ajr

SO ORDERED:
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

c:  By Email
    Peter D. Raymond, Esq. (praymond@reedsmith.com)
    Wallace Neel, Esq. (wneel@reedsmith.com)
    Dan Purdom, Esq (dpurdom@hinshawlaw.com)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/11

Hon. Richard M. Berman, U.S.D.J.
March 28, 2011

Page 2

bcc: **By Email Only**
David Ortiz (D_Power46@yahoo.com)
Mark J. Walker, CPA (markw@eobm.com)

130078674v1 0913269 65743